UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

      Plaintiff,         SCHEDULING ORDER
                     16-CR-0609 (ILG)

  v.

TODD MACALUSO,

      Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

  The defendant has filed motions for the relief provided by Rules 29 and 33 Fed. R. Crim. P., respectively.

  The Government shall file its Response on or before December 7, 2017.

  SO ORDERED.

Dated:  Brooklyn, New York
     November 16, 2017          /s/
                      I. Leo Glasser
                      Senior United States District Judge