Michael H. Gold<br>
350 Fifth Avenue, Suite 6800<br>
New York, New York<br>
10118<br>
Tel (212) 838-0699<br>
Fax (212) 868 0013

April 4, 2018

By ECF

The Honorable I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Todd Macaluso, 16-609 (ILG)*

Dear Judge Glasser:

    I am writing with the consent of the government to respectfully request an adjournment of the sentence in the above matter from April, 12, 2018, to May 3, 2018. As the Court is aware, the PSR was only recently produced and I will not have enough time to review it with my client and prepare a sentencing memorandum by the scheduled date.

    Accordingly, I respectfully request an adjournment of the sentence until May 3, 2018, or another date convenient to the Court.

Respectfully submitted,

Michael H. Gold